# AFFIDAVIT

Hari Prasad Kalakonda, Appellant in the cause No. 04-15-00344-CV states

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
8/13/2015 4:45:44 PM
KEITH E. HOTTLE
Clerk

that the intent of the Appellants, Hari Prasad Kalakonda and Latha Kalakonda from

the day of hearing in trial court cause number 2015-CI-01910 is to appeal the April

13th judgement as it has affected their source of income and hence livelihood. The

intent of correspondence with court dated May 7th, May 11th and May 20th is only to

appeal whether implicit or explicit in those communications.


I, the undersigned, swear under oath that the above statement is true and

correct.

_____

Hari Prasad Kalakonda
Appellant


SIGNED under oath before me on Aug. 13 2015.

_____

Notary Public, State of Texas

Name of Notary Public (print your name) SEAL
Notary Public, State of TEXAS
My commission expires:____01 22 17____

KAREN R RUIZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 01-22-17